IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OTIS MCCALL EAST, JR.,

          Plaintiff,                            ORDER

    v.

                                                    21-cv-699-wmc

WI ATTORNEY GENERAL JOSH KAUL
and PROBATION AGENT TREVOR SALMON,

          Defendants.

---

*Pro se* plaintiff Otis McCall East, Jr. filed a proposed civil complaint alleging that his probation agent made false statements about East, resulting in the revocation of his probation, and Wisconsin Attorney General Josh Kaul declined to investigate. (Dkt. #1.) East now asks to withdraw the complaint voluntarily and for a refund of the portion of the filing fee he paid already. (Dkt. #7.) The complaint was only recently filed on November 8, 2021, and because the case has not yet been screened under 28 U.S.C. § 1915A, its dismissal will not prejudice the defendants.

Accordingly, IT IS ORDERED that plaintiff Otis McCall East, Jr's motion to voluntarily dismiss his case and for a refund of the filing fee (dkt. #7) is GRANTED. The clerk's office is directed to refund the $200 initial partial filing fee. This case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Entered this 10th day of December, 2021.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge